AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*          DISTRICT OF   NEVADA

CHARLES H. BAX,

     Plaintiff,                              JUDGMENT IN A CIVIL CASE
V.

                                    CASE NUMBER: **3:07-cv-00572-BES-VPC**

MIKE KENNEDY, et al.,

     Defendants.

___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that this action is DISMISSED with prejudice for failure to state a claim.


  April 16, 2008                                                      **LANCE S. WILSON**
                                                                       Clerk


                                                                        /s/ Kalani Lizares
                                                                         Deputy Clerk